IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SCOTTSDALE INSURANCE COMPANY,   )
                                )
            Plaintiff,          )
                                )
    v.                          )   No.  07 C 3392
                                )
KHAYAT TAVERN GROUP, INC., et al., )
                                )
            Defendants.         )

MEMORANDUM ORDER

Khayat Tavern Group, Inc. and several of its codefendants have filed their Answer and Affirmative Defenses to the Complaint filed by Scottsdale Insurance Company. This memorandum order is issued sua sponte to address one nit in that responsive pleading.

Answer ¶¶10-12, 14-15 and 17-18 follow denials of various of the Complaint's allegations with demands for "strict proof thereof." Whatever that may mean, it has no place in federal pleading--see App. ¶1 to <u>State Farm Mut. Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill. 2001). That phrase is stricken from the Answer wherever it appears.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 17, 2007